UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Guangzhou Kaishifu E-Commerce Co., Ltd, *Plaintiff*, v. Shenzhen Paweier Electronic Commerce Co., Ltd, *Defendant*. | CASE NO. 23-cv-16637 **Jury Demand** |

**PLAINTIFF'S MOTION FOR ALTERNATIVE SERVICE**

Plaintiff Guangzhou Kaishifu E-Commerce Co., Ltd ("Plaintiff"), seeks entry of an order granting Plaintiff to serve the Defendant Shenzhen Paweier Electronic Commerce Co., Ltd ("Defendant") through email. A Memorandum of Law in Support is filed concurrently with this Motion.

Date: December 10, 2023

/s/ Wei Wang
Wei Wang, Esq.
GLACIER LAW LLP
41 Madison Avenue, Suite 2529
New York, NY 10010
wei.wang@glacier.law
332-777-7315
***Attorney for Plaintiff***

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 10, 2023, I electronically filed the foregoing file with the Clerk of Court using the CM/ECF system.

| | |
|---|---|
| Date: December 10, 2023 | /s/ Wei Wang |
| | Wei Wang, Esq. |
| | GLACIER LAW LLP |
| | 41 Madison Avenue, Suite 2529 |
| | New York, NY 10010 |
| | wei.wang@glacier.law |
| | 332-777-7315 |
| | ***Attorney for Plaintiff*** |