# Exhibit 1

| Plaintiff's Sunset Lamp Projector | EU0084524370001S | EU0084566360002S | Patent No. D989378 |
|---|---|---|---|
| | | | |
| | | | |