# Exhibit 2

**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Shenzhen Lanxi Technology Co. Ltd
             Plaintiff,

v.                  Case No.: 1:23−cv−03001
                  Honorable Sharon Johnson Coleman

Pingjiang Fangao E−commerce Co., Ltd
             Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, May 17, 2023:

  MINUTE entry before the Honorable Sharon Johnson Coleman: Telephone motion hearing held on 5/17/2023. Plaintiff's motion for alternative service [7] and emergency motion for ex parte temporary restraining order [10] are granted. Enter Order. Telephone status hearing is set for 5/31/2023 at 11:00 AM. The call−in number is (877)336−1829 and the access code is 5205245. Members of the public and media will be able to call in to listen to this hearing. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (ym,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Shenzhen Lanxi Technology Co. Ltd., *Plaintiff*, v. Pingjiang Fangao E-commerce Co., Ltd, *Defendant*. | **CASE NO.** 23-cv-03001 **Judge**: Honorable Sharon Johnson Coleman **Magistrate Judge**: Honorable Sunil R. Harjani |

## TEMPORARY RESTRAINING ORDER

Upon review of the Complaint of Plaintiff, Shenzhen Lanxi Technology Co. Ltd ("Plaintiff"), ECF No. 1; Plaintiff's Motion for Temporary Restraining Order, Dkt. No. 10; Memorandum in support of the Motion, Dkt. No.11; the Declaration of Yanhong Jiang, Dkt. No. 12; and upon all pleadings and papers filed herein, the Court having found Plaintiff has met the requirements pursuit to Fed. R. Civ. P. 65, and for the reasons stated in the Court's Order, it is

ORDERED, that Defendant and its affiliates:

A. Refrain Defendant Pingjiang Fangao E-commerce Co., Ltd from filing or otherwise communicating any allegations of patent infringement (U.S. Patent, No. D935,246) to any third party for the duration of the instant litigation relative to the Shenzhen Lanxi Technology Co. Ltd Makeup Organizer product referenced in the Complaint.

B. Retract its already filed Patent Complaints against the Plaintiff, facilitate the reinstatement of Plaintiff's Makeup Organizer.

1

2

IT IS FURTHER ORDERED that, pursuant to Fed. R. Civ. P. 65(c), Plaintiff shall not be required to give security.

SO ORDERED.

Dated: May 17, 2023

_____
Sharon Johnson Coleman
United States District Judge